# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**REGINALD EDWIN HAWKINS,**      Case No.   3:12-CV-411

    Petitioner,

                               **Judge Timothy S. Black**

**-vs-**

**UNITED STATES OF AMERICA,**

    Respondent.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 52, Case 3:11-cr-104) is **ADOPTED**; that the Defendant's Motion to Vacate (Doc. 44) is **DENIED**; any requested certificate of appealability or leave to file in forma pauperis is **DENIED**; and the case is **TERMINATED** from the docket of the Court.

Date: April 26, 2013                                      **JOHN P. HEHMAN, CLERK**

                                                               By: *s/ M. Rogers*
                                                                 Deputy Clerk